154

(No. 75-CC-193—)

RAVENSWOOD HOSPITAL MEDICAL CENTER, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH,
Respondent.

*Opinion filed November 6, 1974.*

RAVENSWOOD HOSPITAL MEDICAL CENTER, Claimant,
pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A.
SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-211—)

LAURENCE I. CHAPMAN, M.D., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed November 6, 1974.*

LAURENCE I. CHAPMAN, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A.
SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-248—)

LINCOLN TRANSFER COMPANY, INC., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed November 6, 1974.*

LINCOLN TRANSFER COMPANY, INC., Claimant pro se.

155

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-249–

LINCOLN TRANSFER COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed November 6, 1974.*

LINCOLN TRANSFER COMPANY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-250–

LINCOLN TRANSFER COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed November 6, 1974.*

LINCOLN TRANSFER COMPANY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

